Stuart M. Price (SBN 150439)
Price Law Group, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: stuart@pricelawgroup.com
Attorneys for Plaintiff Briana Valdez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA VALDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL, CORP.,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-06424-PSG-MRW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Briana Valdez and Defendant Capital One Financial, Corp. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Voluntary Dismissal with Prejudice within the next thirty (30) days. The parties request that the Court vacate all pending deadlines in this matter. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

///

DATED this 5th day of October, 2016

**PRICE LAW GROUP, APC**

By: /s/ Stuart M. Price_____
Stuart M. Price (SBN150439)
stuart@pricelawgroup.com
Attorneys for Plaintiff Briana Valdez

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Hard copies of the foregoing have been provided via electronic mail to:

Erin L. Hoffman
Faegre Baker Daniels LLP
Erin.Hoffman@faegreBD.com


/s/ Sandra Padilla_____