Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
*Attorneys for Plaintiff*
*Briana Valdez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA VALDEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>CAPITAL ONE FINANCIAL, COPR.,<br><br>       Defendant. | **Case No.:** 2:16-cv-06424<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Briana Valdez by and through her undersigned attorneys, hereby voluntarily dismisses with prejudice Defendant Capital One Financial Corp. from this action in its entirety, with each party to bear their own costs and attorneys' fees.

///

///

///

///

RESPECTFULLY SUBMITTED,

Dated: May 3, 2017         By: */s/ Stuart Price*
                               Stuart Price, Esq.
                               stuart@pricelawgroup.com
                               Attorneys for Plaintiff,
                               Briana Valdez

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Hard copies of the foregoing have been provided via electronic mail to:

Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
erin.hoffman@faegreBD.com
Tel: (612) 766-8043


/s/ Sandra Padilla